REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City: EDVA
County/Parish:

Under Seal: Yes ☐ No ☒
Superseding Indictment:
Same Defendant:
Magistrate Judge Case Number:
Search Warrant Case Number:
R 20/R 40 from District of _____ .

Judge Assigned:
Criminal Number: 2:16cr 65
New Defendant: Steven Bazemore
Arraignment Date:

**Defendant Information:**

Juvenile: Yes ☐ No ☒   FBI#:
Defendant Name: Steven Bazemore   Alias Name(s):
Address: ▮▮▮▮▮▮▮ Virginia Beach, VA 23462
Employment: ▮▮▮▮▮▮▮
Birth Date: ▮▮ 1982  SS#: ▮▮▮ 5284  Sex: M  Race: Black  Nationality: USA  Place of Birth:
Height: 5' 9"  Weight: 140  Hair: Black  Eyes: Brown  Scars/Tattoos:
Interpreter: Yes ☐ No ☒  List Language and/or dialect:

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as of: _____ in: _____ .
☐ Already in State Custody          ☐ On Pretrial Release       ☒ Not in Custody
☐ Arrest Warrant Requested          ☐ Fugitive                  ☐ Summons Requested
☐ Arrest Warrant Pending            ☐ Detention Sought          ☐ Bond

**Defense Counsel Information:**

Name: Carteia Basnight
Address: 1919 Commerce Dr. Ste. 110
Hampton, VA 23666
Telephone: 757-831-2163

☐ Court Appointed
☒ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney: _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA: Alan M. Salsbury, AUSA; John W. Burke and Jacqueline M. Blaesi-Freed, Trial Attorneys
Telephone Nos. 757-441-6331 (Salsbury); 202-353-2001 (Burke); 202-353-2809 (Blaesi-Freed)
Bar #:

**Complainant Agency, Address & Phone Number or Person & Title:**

Department of Transportation/National Highway Transportation Safety Administration, 1200 New Jersey Avenue, SE Washington, DC 20590, (202) 366-0821, Special Agent Mark Brandt

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |