IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
VIRGINIA NORFOLK DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:16cr65

STEVEN BAZEMORE.

## UNOPPOSED MOTION TO CONTINUE

The Defendant, Steven Bazemore, by counsel, moves the Court to enter an Order continuing his sentencing date currently set for August 31, 2016. In support of this motion, Mr. Bazemore states as follows:

1. On May 26, 2016 Mr. Bazemore with counsel appeared before The Honorable Robert J. Krask and pled guilty to a single count of Conspiracy to Commit Securities Fraud in violation of U.S.C. §371.

2. After entry of the guilty plea, the plea agreement, and other documents, the parties proceeded to select a sentencing date. Upon selecting the date of August 31, 2016 Counsel for Mr. Bazemore informed the court as well as opposing counsel that she was likely not available on that date due to another matter, but would seek to secure counsel to appear on her behalf or in the alternate seek to have the other matter continued.

3. On or about June 16, 2016 counsel for Mr. Bazemore secured an Attorney to appear on her behalf; however, on August 15, Ms. Basnight received an unexpected and unanticipated notice that the secured counsel was no longer available

4. The other pending matter involves multiple persons traveling from North Carolina to resolve a highly contested custody case that must be resolved before the new school year starts.

5. Counsel has discussed this motion with Mr. Bazemore, who is in agreement that the trial date be continued. Counsel has discussed this motion with the Assistant United States Attorney, who does not oppose a continuance.

## LAW and ARGUMENT

Whether to grant a motion to continue is within the broad discretion of the district court and will only be found to be an abuse of discretion when the court exhibits "an unreasoning and arbitrary insistence upon expeditiousness in the face of a justifiable request for a delay." *Morris v. Slappy*, 461 U.S. 1 (1983). Here, counsel for the defendant informed the parties involved that she may have to continue the August 31, 2016 sentencing date if she could not continue an already existing matter or is she could not secure an attorney to appear on her behalf. After the May 26, 2106 date, counsel for the Defendant was diligent in working out the conflict and securing counsel to appear on her behalf. As soon as counsel received notice that the secured attorney could not appear, she contacted the District Court as well as the Assistant Untied Stated Attorney and discussed the matter. This Motion to Continue is not being made merely for purposes of delay. Both Counsel for the defendant and the United States seek to have the matter continued to the earliest available date possible.

## CONCLUSION

For the above reasons, the defendant requests that his sentence date be continued.

Respectfully submitted,
Steven Bazemore

By: _____/s/_____
Carteia V. Basnight, Esquire
Law Office of Carteia V. Basnight
Virginia Bar No. 79856
Counsel for Mr. Bazemore
1919 Commerce Drive Suite 110
Hampton, Virginia 23666

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of August, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification (NEF) to:

John W. Burke
Trial Attorney
United States Department of Justice
Consumer Protection Branch
450 Fifth Street NW, Suite 6400 South
Washington, DC 20001
(202) 353-2001 (Tel)
Email: joshburke@usdoj.gov


Assistant U.S. Attorney
Alan Mark Salsbury
World Trade Center
101 West Main Street
Suite 8000
Norfolk, VA 23510
(757) 441-6331
Email: Alan.Salsbury@usdoj.gov

                                                           /s/
                                    Carteia V. Basnight
                                    Law Office of Carteia V. Basnight
                                    Virginia Bar No. 79856
                                    Counsel for Mr. Bazemore
                                    1919 Commerce Drive Suite 110
                                    Hampton, Virginia 2366
                                    (757) 838-0001 (tel.)
                                    (757) 548-5871 (fax)
                                    Carteia@basnightlaw.com